STATE OF NEW JERSEY v. FRANK WORTMAN.

February 17, 1988.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of the supplemented record; and it is further

ORDERED that the Appellate Division shall determine whether defendant's immediate transfer to Avenel should be a condition to his continued incarceration.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. JOSEPH BAKONYI.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLTON COLEMAN.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR TIGGETT.

February 17, 1988.

Petition for certification denied.